COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: __Wilkins__  __Rudy__  _____
      (Last)        (First)     (Middle)

Prisoner Number: __010AQM932__

Institutional Address: __5325 Broder Blvd, Dublin, California 94568.__

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

__RUDY WILKINS__
(Enter your full name.)

vs.

__Alameda County Sheriff's Office's, & Corizon Medical Services.__
(Enter the full name(s) of the defendant(s) in this action.)

Case No. _____
(Leave blank; to be provided by Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

## I. Exhaustion of Administrative Remedies.

Note: You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __Santa Rita Jail, Alameda County.__

B. Is there a grievance procedure in this institution?    YES ☒    NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?    YES ☒    NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: (14-0346/3-29-14)(14-0504/4-12-14)(14-0555/5-10-14)(14-1450/11-1-14)(13G-S1296/9-3-13)(13G-S1328/9-9-2013)(13G-S0352/ALL DENIED. 5-9-2013)(13G-S1433/10-12-2013)

COMPLAINT Page 1 of 4

2. First formal level: (14-0346/3-29-14)(14-0504/4-12-14)(14-0555/5-10-14)(14-14508/11-1-14) (13G-S1276/9-3-13)(13G-S1328/9-9-2013)(13G-S0352/ALL DENIED, 5-9-2013)(13G-S1433/10-12-2013).

3. Second formal level: (14-0346/3-29-14)(14-0504/4-12-14)(14-0555/5-10-14)(14-1450/11-1-14)(13-G-S1276/9-3-13)(13G-S1328/9-9-2013)(13G-S0352/5-ALL DENIED,9-2013)(13G-S1433/10-12-13)

4. Third formal level: (14-0346/3-29-14)(14-0504/4-12-14)(14-0555/5-10-14)(14-1450/11-1-14)(13-G-S1276/9-3-13)(13G-S1328/9-9-2013)(13G-S0352/ALL DENIED, 5-9-2013)(13G-S1433/10-12-2013).

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ☒   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
   I HAVE EXHAUST, ALL AVAILABLE ADMINISTRATIVE REMEDIES, UNDER 42 U.S.C. § 1997e.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
   RUDY WILKINS
   5325 BRODER BLVD, DUBLIN, CALIFORNIA 94568,
   A.C.S.O, AT SANTA RITA JAIL.

B. For each defendant, provide full name, official position and place of employment.
   1). Gregory J. Ahern; Sheriff; ALAMEDA COUNTY SHERIFF OFFICE.
   2). Dr. Glenda Newell; Doctor; CORIZON, P.H.S. (Santa Rita Jail.)
   3). Dr. Maria Luisita Magat; Doctor; CORIZON, P.H.S. (Santa Rita Jail.)
   4). Dr. Khin Tha; Doctor; CORIZON, P.H.S. (Santa Rita Jail.)
   5). Dr. Chin; Doctor; CORIZON, P.H.S. (Santa Rita Jail.)

COMPLAINT *Page 2 of 4*

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

A). The Sheriff's Offices, Swiching from bars of Soap to an liquid Soap Substance, which after a few use's cause harmful damaging the ~~medical~~ Surface of my skin all over my body. 3-16-2014 date filed. B). The medical provider, CORIZON; Adequatelly not treating me with medication that would help my skin to heel, back to normal.

C). The alameda County Sheriff and CORIZON MedicalStaff dening me COLD WHEATER clothing, (Long sleeve Jacket - Close toe Shoes). Dr. Glenda Newell; Dr. Maria Luisita Magat; Dr. Khin Tha; & Dr. Chin of CORIZON; When pointed out to Dr. Chin that federal & State laws was being Violated, Dr. Chin Response I don't care about laws or Prisoner civil rights.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.
I Would Like for the court to Grant Me Litigation of the issues & Amends me Monetary; I will accept Monetary relief as Compensation for all injury's, Mental, Demoralizing mind State; Also physical damage skin; All over the Surface of my body.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 2 day of April, 20 15

_____Rudy Wilkins_____
(Plaintiff's signature)

*Please continue to the next page.*

COMPLAINT *Page 3 of 4*

## MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

**OR**

☐ **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Signed this 2 day of April, 2015

_Rudy Wilkins_
(Plaintiff's signature)

COMPLAINT *Page 4 of 4*

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
RUDY WILKINS

**(b)** County of Residence of First Listed Plaintiff: **Alameda**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO-PER Rudy Wilkins - Santa Rita Jail.

## DEFENDANTS
Alameda County Sheriff's Offices & Corizon Medical.

County of Residence of First Listed Defendant: **ALAMEDA**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*: NOT KNOWN.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☒ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability — ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability — ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability — **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle — ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability — ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury — ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice — ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights — Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate Sentence |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations — ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment — ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other — Other: ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education — ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☒ 555 Prison Condition |  |  |  |
|  | ☒ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**42 U.S.C. 1983**
Brief description of cause:
**PRISONER CIVIL RIGHTS, PRISON CONDITION, MEDICAL DELAY AND DENIAL**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ **UNSPECIFIED**,
CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*: **NONE**
JUDGE _____ DOCKET NUMBER _____

DATE: **April 2-2015**
SIGNATURE OF ATTORNEY OF RECORD: **PRO-PER, Rudy Wilkins**

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____