UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

RUDY WILKINS,

          Plaintiff,

v.

ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,

          Defendants.

Case No.: 15-cv-01706-YGR

**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTON**

GOOD CAUSE APPEARING, it is hereby ordered that Defendants' request for a second extension of time to file a dispositive motion is GRANTED. The new dispositive motion-related deadlines for filing and service are:

- December 5, 2016:  Defendants' dispositive motion due.
- January 6, 2017:  Plaintiff's opposition due.
- January 23, 2017:  Defendants' reply brief due.

**No further extensions of time will be granted absent extraordinary circumstances.**

IT IS SO ORDERED:

Dated: September  27 , 2016

                              Hon. Yvonne Gonzalez Rogers
                              United States District Court Judge