UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RUDY WILKINS,<br><br>   Plaintiff,<br><br> v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>   Defendants. | Case No. 15-cv-01706-YGR (NJV)<br><br>**ORDER DENYING PLAINTIFF'S MOTION RE EXHIBIT**<br><br>Re: Dkt. No. 79 |

On January 27, 2017, Plaintiff filed a motion requesting that the court be the custodian of an exhibit he intends to use for trial in this matter. (Doc. 79.) Plaintiff states that he has submitted the exhibit to the court because it is one of the key exhibits in this case, the officers on his unit would not allow him to keep the exhibit, and there was no other place he could send the exhibit and be sure that it would be protected and not be lost.

The court is not and cannot be the repository for exhibits parties intend to use in trials in this court. It is the parties' responsibility to retain their own exhibits, and this responsibility cannot be shifted to the court.

Accordingly, Plaintiff's Motion is HEREBY DENIED. The Clerk is directed to return Plaintiff's exhibit to him forthwith.

**IT IS SO ORDERED**.

Dated: June 15, 2107

_____
NANDOR J. VADAS
United States Magistrate Judge