UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| RUDY WILKINS,<br>            Plaintiff,<br>   v.<br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br>            Defendants. | Case No. 15-cv-01706-YGR (NJV)<br><br>**ORDER RE MOTION<br>TO COMPEL DISCOVERY**<br><br>Re: Dkt. No. 81 |

Plaintiff's Motion to Compel Discovery filed February 2, 2017, (Doc. 81), came on for hearing at San Quentin State Prison on June 27, 2017. Present at the hearing were Plaintiff Rudy Wilkens, appearing pro se, and Counsel for Defendants, Matthew M. Grigg. Pursuant to the rulings made at that hearing, it is HEREBY ORDERED as follows:

Request No. 1: Granted in part. Defense Counsel to provide Plaintiff with policies regarding the screening of inmates at the inmate intake processing centers.

Request No. 2: Denied. Plaintiff may obtain this information through the use of subpoenas directed to third parties.

Request No. 3: Denied. Defense counsel represents that Plaintiff already has all of the documentation relating to this request.

Request No. 4: Denied. Defense counsel represents that these documents are not in the care, custody or control of Defendants.

Request No. 5: Denied. Defense counsel represents that these documents are not in the care, custody or control of Defendants.

Request No. 6: Denied. Defense counsel represents that these documents are not in the care, custody or control of Defendants.

Request No. 7: Denied.  Defense counsel represents that these documents are not in the care, custody or control of Defendants.

Request No. 8: Denied.  Defense counsel represents that these documents are not in the care, custody or control of Defendants.

Request No. 9: Granted in part.  Defense counsel is to provide Plaintiff with documents regarding training in the area of dermatology.

Request No. 10: Granted in part.  Defense counsel to provide Plaintiff with documents regarding training in the area of corrective surgery for inguinal hernia.

Request No. 11: Granted in part.  Defense counsel to provide Plaintiff with documents regarding training in the area of shoulder surgery.

Request No. 12: Granted in part.  Defense counsel to provide Plaintiff with documents regarding training in emergency medical evacuation.

Request No. 13: Granted in part.  Defense counsel to produce all grievances relating to delay and denial of health care of Plaintiff that are within the care, custody and control of Defendants.

Request No. 14: Denied.  Defense counsel represents that these documents are not in the care, custody or control of Defendants.

Request No. 15: Denied.  Defense counsel represents that these documents are not in the care, custody or control of Defendants.

Request No. 16: Denied.  Defense counsel represents that these documents are not in the care, custody or control of Defendants.

**IT IS SO ORDERED**.

Dated: July 7, 2017

NANDOR J. VADAS
United States Magistrate Judge