UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RUDY WILKINS, | Case No. 15-cv-01706-YGR (PR) |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MARIA MAGAT, et al., | |
| Defendants. | |

Plaintiff has filed a request for a 60-day extension of time in which to file his opposition to Defendants' Second Motion for Summary Judgment because he has been "hampered with several situations and appointments . . . [including] 'priority' obligations [for] Medical, Mental-Health and Legal appointments." Dkt. 133 at 1. Plaintiff claims he is "recovering from serious reconstructi[ve] bone surgery [he] had on [his] right shoulder/clavicle area . . . ." *Id.* The motion is GRANTED in part and DENIED in part, as explained below.

Defendants' Second Motion for Summary Judgment was filed on May 9, 2018. Dkt. 124. Pursuant to the Court's new briefing schedule, Plaintiff was directed to file an opposition within 28 days, or up to and including June 6, 2018. *See* Dkt. 117 at 7.

In light of Plaintiff's motion requesting a 60-day extension to file his opposition, the Court DENIES a 60-day extension as unwarranted, and instead GRANTS a 35-day extension of time for Plaintiff to file his opposition, up to and including **July 11, 2018**. Defendants shall file their reply to the opposition no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

**No further extension will be granted absent extraordinary circumstances.**

This Order terminates Docket No. 133.

IT IS SO ORDERED.

Dated: June 14, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge