UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY WILKINS,<br>   Plaintiff,<br> v.<br>MARIA MAGAT, et al.,<br>   Defendants. | Case No. 15-cv-01706-YGR (PR)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT** |

Plaintiff has filed a request for a second extension of time in which to file his opposition to Defendants' Second Motion for Summary Judgment. Dkt. 135. Plaintiff claims that "since June 28, 2018 . . . the entire prison has been place[d] on [m]odified program, shutdown," and that he has had no law library access due to the shutdown. *Id.* at 1. The motion is GRANTED in part and DENIED in part, as explained below.

Defendants' Second Motion for Summary Judgment was filed on May 9, 2018. Dkt. 124. Pursuant to the Court's new briefing schedule, Plaintiff was directed to file an opposition within 28 days, or up to and including June 6, 2018. *See* Dkt. 117 at 7. Thereafter, on June 11, 2018, Plaintiff filed his first request for an extension of time in which to file his opposition. Dkt. 133. The Court denied in part and granted in part Plaintiff's request, allowing him to file his opposition no later than July 11, 2018. Dkt. 134 at 1.

In light of Plaintiff's motion requesting another 30-day extension to file his opposition, the Court DENIES a 30-day extension as unwarranted, and instead GRANTS a 20-day extension of time for Plaintiff to file his opposition, up to and including **July 31, 2018**. Defendants shall file their reply to the opposition no later than **fourteen (14) days** after the date Plaintiff's opposition is filed. **No further extension will be granted absent extraordinary circumstances.**

This Order terminates Docket No. 135.

IT IS SO ORDERED.

Dated: July 9, 2018

                _____
                YVONNE GONZALEZ ROGERS
                United States District Judge