UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY WILKINS,<br>   Plaintiff,<br> v.<br>DR. MARIA MAGAT, et al.,<br>   Defendants. | Case No. 15-cv-01706-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the Order Granting Defendants' Second Motion for Summary Judgment; and Denying Their Motion to Strike as Moot,

IT IS ORDERED AND ADJUDGED

That judgment is hereby entered in favor of Defendants Magat, Chen, Newell, and Tha, and against Plaintiff, and that each party bear its own costs of action.

Dated: September 25, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge